UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel N. Edeh,

        Plaintiff,

v.

Aargon Collection Agency, LLC,
a/k/a Aargon Funding, Inc.;
Aargon Agency, Inc., a Nevada
Corporation; Duane Christy, an
individual; and Michael Boyce,
an individual,

        Defendants.

Civil No. 10-4475 (JNE/JJK)
ORDER

In a Report and Recommendation dated June 20, 2011, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended granting in part and denying in part Defendants' Motion to Dismiss; dismissing from this action Defendants Aargon Collection Agency, LLC, a/k/a Aargon Funding, Inc., Duane Christy, and Michael Boyce; dismissing with prejudice Counts III and IV of Plaintiff's Third Amended Complaint; denying Plaintiff's Motion to Strike; and denying Plaintiff's Motion for Partial Summary Judgment. Plaintiff objected to the Report and Recommendation, and Defendants responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 45]. Therefore, IT IS ORDERED THAT:

1. Defendants' Motion to Dismiss [Docket No. 25] is GRANTED IN PART and DENIED IN PART.

2. Defendants Aargon Collection Agency, LLC, a/k/a Aargon Funding, Inc., Duane Christy, and Michael Boyce are dismissed from this action.

2

3. Counts III and IV of Plaintiff's Third Amended Complaint are DISMISSED WITH PREJUDICE.

4. Plaintiff's Motion to Strike [Docket No. 32] is DENIED.

5. Plaintiff's Motion for Partial Summary Judgment [Docket No. 35] is DENIED.

Dated: July 20, 2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge